PROB 12A
(7/93)

# United States District Court

for the

Eastern District of Washington

**Report on Offender Under Supervision**
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 19 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: William Martin Shawl          Case Number: 2:04CR00001-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 1/18/2005             Type of Supervision: Supervised Release

Original Offense: Abusive Sexual Contact With a    Date Supervision Commenced: 6/22/2005
Person Who is Less Than 12 Years Old, 18 U.S.C. §§
1153, 2244(a)(1)and(c)

Original Sentence: Prison - 20 Months; TSR - 36    Date Supervision Expires: 6/21/2008
Months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 19, 2005, the defendant was arrested for driving under the influence and driving without a license by the Okanogan Sheriff's Office, in Omak Washington. This matter is currently pending in Okanogan District Court, case number C00020419. |
| 2 | **Special Condition #25**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.<br><br>**Supporting Evidence**: On August 19, 2005, the defendant was arrested for driving under the influence of alcohol by the Okanogan Sheriff's Office, in Omak Washington. |

**U.S. Probation Officer Action**:

The offender was released from custody to begin a 3-year term of supervised release on June 22, 2008. On July 8, 2005, while registering as a sex offender with the Okanogan Sheriff's Office, the defendant was arrested and incarcerated on an old misdemeanor warrant for minor in possession of alcohol. He was subsequently released on July 22, 2005. The offender is currently in the process of completing sex offender and substance abuse assessments. The new charges are still pending in Okanogan County. This offender has a myriad of personal, financial, and substance abuse problems. The offender is struggling and will need lots of resources to address his issues. He is unemployed and is supported by his mother. The defendant's next Court appearance for the new criminal conduct

Prob12A
Re: Shawl, William Martin
September 16, 2005
Page 2

is set for September 26, 2005. The probation officer is requesting the Court take judicial notice of the offender's violation behavior and take no further action at this time. The probation officer will track the new law violation and advise the Court accordingly.

Respectfully submitted,

by /s/ Kevin J. Crawford

Kevin J. Crawford
U.S. Probation Officer
Date: September 15, 2005

[✓] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

9/19/05
Date